[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10579
Non-Argument Calendar

_____

D. C. Docket No. 04-00068-CR-T-26-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL GONZALEZ,
a.k.a. Jaime Mora, a.k.a. Francisco Villareal,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 17, 2006)**

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Jerry S. Theophilopoulos, appointed counsel for Daniel Gonzalez in his

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's conviction and sentence are **AFFIRMED**.[1]

---

[1] Counsel's motion to stay the briefing schedule until Gonzalez had time to review Counsel's motion to withdraw is now moot. Gonzalez responded to Counsel's motion on February 28, 2006, and we considered the response in our decision.